COLLINS v. NEW YORK TELEPHONE CO. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by John F. L. Collins against the New York Tele-

phone Company. No opinion. Application denied, with $10 costs. Order signed.